# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:07-CV-509-FDW-DCK

| | |
|---|---|
| BRADFORD A. RIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FLING IRRIGATION, INC., MICHAEL ) | |
| D. FLING and CHRISTOPHER M. ) | |
| BECK, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Amend Pretrial Order And Case Management Plan" (Document No. 20) filed August 5, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having fully considered the motion and the record, the undersigned will <u>grant</u> the requested extension with modification.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Amend Pretrial Order And Case Management Plan" (Document No. 20) is **GRANTED.** The Pretrial Order and Case Management Plan is amended as follows:

| | |
|---|---|
| Discovery Completion: | October 13, 2008 |
| Mediation Completion & Report: | October 31, 2008 |
| Dispositive Motions (filed): | November 12, 2008 |
| Dispositive Motions (hearing): | December 1, 2008 |

Pretrial Submissions: December 8, 2008

Final Pretrial Conference: December 15, 2008

Trial Setting: January 12, 2009

**SO ORDERED**.

Signed: August 7, 2008

David C. Keesler
United States Magistrate Judge